# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| EMERALD CITY MANAGEMENT, L.L.C. and EMERALD CITY BAND, INC., § § § | |
| § | Civil Action No. 4:14-cv-00358-RAS |
| Plaintiffs, § § | |
| v. § | Jury Trial Demanded |
| § | |
| JORDAN KAHN and JORDAN KAHN MUSIC COMPANY, L.L.C., § § § § | |
| Defendants. § | |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Jordan Kahn and Jordan Kahn Music Company, LLC appeal to the United States Court of Appeals for the Fifth Circuit from the Honorable Judge Richard A. Schell's March 31, 2015 Memorandum Adopting Report and Recommendation of the United States Magistrate Judge and Preliminary Injunction Order [Dkt. #77].

Dated:  April 1, 2015                           Respectfully submitted,

                                   **GRIFFITH BATES CHAMPION & HARPER LLP**

                                   */s/ Casey Griffith*
                                   Casey Griffith
                                   Texas Bar No. 24036687
                                   Casey.Griffith@griffithbates.com
                                   ----
                                   Austin Champion
                                   Texas Bar No. 24065030
                                   Austin.Champion@griffithbates.com
                                   ----
                                   Michael Barbee
                                   Texas Bar No. 24082656
                                   Michael.Barbee@griffithbates.com
                                   ----
                                   5910 N Central Expressway, Suite 1050
                                   Dallas, Texas 75206
                                   214-238-8400 | Main
                                   214-238-8401 | Fax

                                   **COUNSEL FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

    The undersigned certifies the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel of record on April 1, 2015.

                                   */s/ Casey Griffith*
                                   Casey Griffith